

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP:FJN/JAM/SKW
F. #2020R00610

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 25, 2022

<u>By ECF</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Sam Resto</u>
               <u>Criminal Docket No. 20-350 (NGG)</u>

Dear Judge Garaufis:

      We write to update the Court on two issues raised during the recent May 18, 2022 status conference regarding the defendant's conditions of confinement at the Metropolitan Detention Center in Brooklyn, New York ("MDC").

      First, the Court "directed [the government] to inform the Court within seven business days whether the MDC has provided a COVID-19 booster vaccination to Mr. Resto." <u>See</u> May 18, 2022 ECF Docket Order. As directed, the government subsequently conferred with MDC legal counsel, who reported that MDC staff typically administer vaccines and booster shots on a weekly basis, but that as of May 18, 2022, the defendant had not submitted a request to the medical department for a booster. The government nevertheless requested that the defendant be put on the list to receive a booster shot, which was administered on May 20, 2022.

      Second, regarding the defendant's ability to review discovery, the government is informed that a recent security incident and lockdown affecting the facility has ended, and that the defendant will again be able to regularly access the laptop that had been previously provided by the government. However, MDC legal counsel reiterated that it is the

defendant's responsibility to formally request time each day to access and use the laptop, which is not stored in the defendant's housing unit.

        If the Court has any additional questions, the government is available at the Court's convenience.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:   /s/ Artie McConnell
       Francisco J. Navarro
       Artie McConnell
       Sara K. Winik
       Assistant United States Attorneys
       (718) 254-7000

Enclosures

cc:    Clerk of the Court (NGG) (by ECF) (without enclosures)